BETTY BEUSCHEL, Respondent, v. JACOB MANOWITZ, Appellant.— Judgment for plaintiff, and order denying defendant's motion for a new trial, in an action for damages for a carnal assault unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

ZYRA BRODY, Appellant, v. HENRY KALB and Others, Respondents.— Order denying motion, made by plaintiff under section 110-a of the Civil Practice Act, to remove the action from the City Court, Kings County, to the Supreme Court, to permit service of an amended complaint increasing the amount of damages, and to direct that the action be placed on the calendar of the Supreme Court, Trial Term, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis and Johnston, JJ., concur; Lazansky, P. J., not voting.

OTTO BROWN, Appellant, v. ROBERT G. ANDERSON, and Others, as Members of the Town Board of the Town of Hempstead, and HOWARD H. PARSONS, as Building Inspector of the Town of Hempstead, MOTT CREEK CORPORATION and STEPHEN A. BEDELL and Others, as Members of the Zoning Board of Appeals, Respondents.— Order dismissing amended complaint for insufficiency in a taxpayer's action seeking to restrain the granting of a permit to store gasoline, and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ.

MEYER BUCHMAN, Appellant, v. THEODORE PRINCE and Others, Copartners, Doing Business under the Firm Name and Style of THEODORE PRINCE & Co., Respondents.— Action to recover $10,425, based on a claimed improper execution by the defendants of an order given to them by the plaintiff to purchase certain stock. Judgment dismissing the complaint at the close of plaintiff's case unanimously affirmed, with costs. No opinion. Present — Young, Hagarty, Carswell and Johnston, JJ.; Lazansky, P. J., not voting.

ESTHER CADOUS, as Administratrix, etc., of PROSPER CADOUS, Deceased, Respondent, v. SAMUEL WEINSTEIN, Appellant.— In an action under an agreement for the employment of an attorney on a contingent basis, order granting plaintiff's motion to strike out defendant's affirmative defense and order denying defendant's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Davis and Johnston, JJ., concur. [See ante, p. 767.]